UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  |  CASE NO: 20-61498

Main Street Tours, Inc.  |  CHAPTER 7

Debtor(s).  |  JUDGE RUSS KENDIG

**MOTION FOR AN ORDER (1) TO COMPEL DEBTOR(S) TO FILE AMENDED SCHEDULES TO ADD NEW UNSECURED CREDITORS AND (2) FOR COURT TO EXTEND DEADLINE FOR NEWLY ADDED UNSECURED CREDITORS TO FILE CLAIMS**

Now comes Lisa M. Barbacci, Trustee, and pursuant to FRBP 1009 and 3002(c)(6)(A) moves this Court for an Order compelling the Debtor to file amended schedules to add new unsecured creditors and to extend the deadlines for all such additional creditors to file proofs of claim. For her Motion, the Trustee states as follows:

1. Debtor filed for Chapter 7 Bankruptcy Relief on October 6, 2020.
2. The last date to file Proofs of Claims is March 11, 2021, for general unsecured claims, and April 5, 2021, for government claims.
3. Debtor appeared at the meeting of creditors pursuant to 11 U.S.C. § 341 (the "Creditors' Meeting") on November 17, 2020. The Creditors' Meeting was continued to December 1, 2020, December 15, 2020, and February 9, 2021.
4. From the Creditors' Meetings and review of the record and claims filed, Trustee learned that Debtor was engaged in the business of developing, managing, and arranging tours for schools, school districts, and students. As a part of the business, Debtor required contracting parties to pay advance deposits for tours. The Trustee understands that various schools, school organizations, and parents made deposits directly to Debtor pursuant to the terms of the tour arrangements. The Debtor shows these deposits as "Prepayments" for various schools on Schedule E/F. The Trustee understands that while the schools and affiliated organizations appear to be scheduled as claimants, those individuals who directly paid deposits to the Debtor are not scheduled.
5. The Trustee believes the individuals who paid deposits, the "Prepayments," for tours must be added as creditors to Schedule E/F in this case so that full disclosure of all creditors is made, and in order to receive proper notice to file claims.
6. Because the deadline to file claims in this case is March 11, 2021. The Trustee believes it is necessary to extend the deadline to afford all creditors who are to be newly added upon the Amended Schedule E/F a fair opportunity to participate in the case and file

claims. The Trustee further acknowledges that some or all of the claims expected to be filed may include priority claims under section 507(a)(7) of the bankruptcy code.

Wherefore, the Trustee requests an order from the Court (1) directing the Debtor to file an Amended Schedule E/F on or before March 31, 2021, and (2) extending the deadline for all newly added creditors to file claims for 60 days from entry of the order granting this Motion.

Respectfully submitted,

/s/Lisa M. Barbacci
Lisa M. Barbacci (0039392)
600 E Smith Rd.
Medina, Ohio 44256
330-722-4488
barbaccitrustee@gmail.com
CHAPTER 7 TRUSTEE

## NOTICE OF TRUSTEE'S MOTION

LISA M. BARBACCI, Chapter 7 Trustee, has filed papers with the court to compel the Debtor and extend the time to file proofs of claims.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to authorize this motion, or if you want the court to consider your views on the Motion, then on or before **March 24, 2021,** you or your attorney must:

**File with the court a written request for a hearing at:**
Clerk of Courts
U. S. Bankruptcy Court
Ralph Regula Federal Building and United States Courthouse
401 McKinley Ave SW
Canton, OH 44702-1745

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

| Lisa M. Barbacci | and | Office of the U.S. Trustee |
| Chapter 7 Trustee | | H.M. Metzenbaum Courthouse |
| 600 E Smith Rd. | | 201 Superior Avenue East, Suite 441 |
| Medina, OH 44256 | | Cleveland, Ohio 44114-1240 |

Must attend the hearing scheduled for **3:00 PM** on **April 5, 2021,** in the **Courtroom, United States Bankruptcy Court, Ralph Regula Federal Building and US Courthouse, 401 McKinley Ave. SW, Canton, OH 44702.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Date: March 10, 2021 /s/Lisa M. Barbacci
Lisa M. Barbacci, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and Notice was transmitted electronically on or about March 10, 2021, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

| Lisa M. Barbacci | barbaccitrustee@gmail.com, lbarbacci@ecf.axosfs.com |
| Darrell A. Clay | dclay@walterhav.com, rdunlap@walterhav.com |
| Aaron Ridenbaugh | aaron@gibsonmoran.com |
| John J. Rutter | jrutter@ralaw.com |
| United States Trustee | (Registered address)@usdoj.gov |

And by regular U.S. Mail or by e-mail, as requested, on March 10, 2021, to the following parties:

| North Canton City School District | Tuslaw Local School District | Carrollton Exempted Village |
| Board of Ed | Board of Education | School District Board of Education |
| Karrie M. Kalail, Esq. | Karrie M. Kalail, Esq. | Karrie M. Kalail, Esq. |
| 6480 Rockside Woods Blvd S, Ste 300 | 6480 Rockside Woods Blvd S., Ste 300 | 6480 Rockside Woods Blvd S, Ste 300 |
| Cleveland, OH 44131-2222 | Cleveland, OH 44131-2222 | Cleveland, OH 44131-2222 |

Carrollton High School
205 Scio Road SW
Carrollton, OH 44615

Dover High School
Attn: Julie Altier
520 North Walnut Street
Dover, OH 44622-2834

Galion City School District BOE
c/o Darrell Clay
1301 E 9th St., Ste 3500
Cleveland, OH 44114

Garfield Elementary School
Attns: Lisa Porter
10207 St. Rt. 88
Garrettsville, OH 44231-9205

KeyBank
127 Public Square
Cleveland, OH 44114-1226

Massillon City School District
Board of Education
Karrie M. Kalail, Esq.
6480 Rockside Woods Blvd S, Ste 300
Cleveland, OH 44131-2222

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Tuslaw Middle School
Attn: Rich Dinko
1723 Manchester Road
Massillon, OH 44647-9624

West Branch Middle School
Attn: Penny DeShields
14409 Beloit Snodes Road
Beloit, OH 44609-9552

Charles V. Gasior
215 W. Garfield Road, Suite 230
Aurora, OH 44202-7884

Chippewa High School
Attn: T.J. Lindeman
100 Valley View Road
Doylestown, OH 44230-1699

Galion Middle School
Attn: Paul Wheeler
474 Portland Way, North
Galion, OH 44833-1115

Joseph Welty Middle School
Attn: Marsha Reed
315 4th Street NW
New Philadelphia, OH 44663-1981

West Branch Local Schools
14277 S Main St.
Beloit, OH 44609-9504

Tuscawaras Central Catholic Middle
Kegler, Brown, Hill & Ritter
Attn: Larry J. McClatchey, Esq.
65 E State St., Ste. 1800
Columbus, OH 43215

North Canton High School
Attn: Mindy Whitesmith
525 7th Street N.E.
North Canton, OH 44720-2099

Massillon Middle School
Attn: Jessica Harding
250 29th Street NW
Massillon, OH 44647-5910

Ted Street
572 W. Mohawk Drive
Malvern, OH 44644

East Canton High School Music
310 Browning Court North
East Canton, OH 44730-1298

East Canton High School Music
Attn: Jacob Husted
310 Browning Ct N
East Canton, OH 44730-1298

Garaway Middle School
Attn: Jason Wallick
146 Dover Road
Sugarcreek, OH 44681-9309

Liberty Union Middle School
Attn: Marcus Alford
994 South Main Street
Baltimore, OH 43105-9538

Main Street Tours, Inc.
1525 California Avenue
Louisville, OH 44641-8708

Milko Cecez
Pepple & Waggoner, Ltd.
5005 Rockside Rd., Suite 260
Cleveland, OH 44131-6808

St. Paul's School
Attn: Amie Hale
303 South Main Street
North Canton, OH 44720-3095

Wells Fargo Financial Leasing, Inc.
MAC F0005-055
800 Walnut St
Des Moines, IA 50309-3605

/s/Lisa M. Barbacci
Lisa M. Barbacci, Chapter 7 Trustee